**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**October 30, 2007**

**CASE NUMBER:  CV 07-05321 JL**
**CASE TITLE:  GIL CROSTHWAITE-v-LAND TECHNOLOGY INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/29/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                    Entered in Computer 10/29/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA