Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAND TECHNOLOGY, INC., SHELLEY RENEE SHAHEN aka SHELLEY DREWRY,<br><br>Defendants. | Case No.:  C07-5321 TEH<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 31, 2007, I served the following document(s):

**PROOF OF SERVICE**
**re**
**CLERK'S NOTICE SCHEDULEING CASE MANAGEMENT**
**CONFERENCE ON REASSIGNMENT**

-1-
**PROOF OF SERVICE**
**Case No.: C07-5321 TEH**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Land Technology, Inc.**  
> **1620 N. Carpenter Rd., Suite #A5**  
> **Modesto, CA 95351**
>
> **Shelley Renee Shahen, aka Shelley Drewry**  
> **1620 N. Carpenter Rd., Suite #A5**  
> **Modesto, CA 95351**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C07-5321 TEH**