Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAND TECHNOLOGY, INC., SHELLEY RENEE SHAHEN aka SHELLEY DREWRY,<br><br>Defendants. | Case No.: C07-5321 TEH<br><br>**PROOF OF SERVICE ON SUMMONS** |

///
///
///
///
///
///
///
///
///

-1-
**PROOF OF SERVICE ON SUMMONS**
**Case No.: C07-5321 TEH**

P:\CLIENTS\OE3CL\Land Technology\Pleadings\C07-5321 TEH Proof of Service on Summons 111607.DOC

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | (415) 882-7900 |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Operating Engineers Health and Welfare Trust Fund, et al.<br>vs. Land Technology, Inc., et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-5321 JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Assignment of Case to a United Sates magistrate Judge for Trial; Consent; Declination; ECF Registration Information Handout; Welcome to the United States District Court, San Francisco; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Dispute Resolution Procedures in the Northern District of California;

### Name: Land Technology, Inc.

**Date of Delivery:** 10/24/07
**Time of Delivery:** 1:00 p.m.

**Place of Service:**    1620 N. Carpenter Rd., Ste. A5
                         Modesto, CA 95351

**Manner of Service:** Personal Service – by handing documents to Rich Hamilton, a person authorized to accept service for Land Technology, Inc.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on Novermber 13th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: David Sprenzel
Title: RPS, San Francisco #1024

### PROOF OF SERVICE

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Operating Engineers Health and Welfare Trust Fund, et al.
vs. Land Technology, Inc., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-5321 JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Assignment of Case to a United Sates magistrate Judge for Trial; Consent; Declination; ECF Registration Information Handout; Welcome to the United States District Court, San Francisco; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Dispute Resolution Procedures in the Northern District of California;

**Name: Shelley Renee Shahen, AKA Shelly Drewry**

Date of Delivery: 11/2/07
Time of Delivery: 6:55 p.m.

Place of Service:   Tommy's Beach Bar & Grill
                    1351 Yosemite Avenue
                    Manteca, CA 95337

Manner of Service: Personal Service – by handing documents to the party listed above.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 13th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 621-1000

Signature: _____
Name: Monique Geib
Title: RPS, Stanislaus County #04-14

## PROOF OF SERVICE