David C. Johnston (SBN 71367)
Attorney at Law
Gianelli & Associates
A Professional Law Corporation
1014 16th Street
P.O. Box 3212
Modesto, California 95353
Telephone: (209) 521-6260
Fax: (209) 521-5971
djohnston@gianelli-law.com

Attorney for Defendants
Land Technology, Inc., a California corporation,
and Shelley Renee Shahen, aka Shelley Drewry, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gil Crosthwaite and Russ Burns, etc., | Case No. C 07 5321 TEH |
| Plaintiffs, | **ANSWER OF DEFENDANTS LAND TECHNOLOGY, INC., A CALIFORNIA CORPORATION, AND SHELLEY RENEE SHAHEN, aka SHELLEY DREWRY, AN INDIVIDUAL, TO COMPLAINT TO COMPEL AUDIT** |
| vs. | |
| Land Technology, Inc., a California corporation, *et al.,* | |
| Defendants<br>_____/ | |

Defendants Land Technology, Inc., a California corporation, and Shelley Renee Shahen, aka Shelley Drewry, an individual (collectively the "Defendants"), answers the Complaint to Compel Audit (the "Complaint") as follows:

Answer of Defendants Land Technology,
Inc., a California corporation, and Shelley
Renee Shahen, aka Shelley Drewry, an
Individual, to Complaint to Compel Audit
Case No. C 07 5321 TEH

Page 1

## I. PARTIES

1. Answering Paragraph 3, the Defendants deny that Shelley Renee Shahen, aka Shelley Drewry ("Shahen") is an employer and denies that she personally guaranteed payment of fringe benefits.

## II. JURISDICTION

2. The Defendants admit the allegations in Paragraphs 4 through 6 and admit that jurisdiction exists in this Court.

## III. VENUE

3. The Defendants deny the allegations in Paragraphs 7 and 8, except for the allegation that the Plaintiffs administer the plans in this district.

## IV. INTRA DISTRICT ASSIGNMENT

4. The Defendants deny each and every allegation in Paragraph 9.

## V. BARGAINING AGREEMENT

5. Answering Paragraph 10, the Defendants deny that defendant Shahen entered into a collective bargaining agreement with the Union.

6. The Defendants deny each and every allegation in Paragraph 12.

7. Answering Paragraph 13, the Defendants deny that defendant Shahen has personal obligations under the collective bargaining agreement.

8. Answering Paragraph 14, the Defendants deny that defendant Shahen has personal obligations under the collective bargaining agreement.

## VI. FACTS

9. The Defendants deny each and every allegation of Paragraph 15 and allege that an audit in fact has been conducted by the representatives of the Union.

10. The Defendants deny each and every allegation in Paragraph 16 and allege that an audit in fact has been conducted by the representatives of the Union.

11. Answering Paragraph 17, the Defendants deny that defendant Shahen has the statutory

Answer of Defendants Land Technology, Inc., a California corporation, and Shelley Renee Shahen, aka Shelley Drewry, an Individual, to Complaint to Compel Audit Case No. C 07 5321 TEH

Page 2

duties alleged therein.

12. The Defendants deny each and every allegation in Paragraph 18.

13. Answering Paragraph 19, the Defendants deny that defendant Shahen has any contractual duties under the collective bargaining agreement.

14. The Defendants deny each and every allegation in Paragraph 20.

15. The Defendants deny each and every allegation in Paragraph 21 except the allegation that this Court is authorized to issue injunctive relief in an appropriate case. The Defendants deny that the criteria for issuing an injunction exist in this case.

16. The Defendants deny each and every allegation in Paragraphs 23 through 26 and deny that they are obligated to the Plaintiffs in any sum.

## VII.  FIRST AFFIRMATIVE DEFENSE

17. The Complaint fails to state a claim upon which relief can be granted.

## VIII. SECOND AFFIRMATIVE DEFENSE

18. The Complaint is barred by the Statute of Frauds as to defendant Shahen.

## IX.  THIRD AFFIRMATIVE DEFENSE

19. The Complaint is vague and uncertain and although alleged to be based on a written contract, such contract is not attached to the Complaint.

## X.  FOURTH AFFIRMATIVE DEFENSE

20. The Complaint is moot in that the audit prayed for has occurred.

/////
/////
/////
/////
/////
/////
/////

Answer of Defendants Land Technology, Inc., a California corporation, and Shelley Renee Shahen, aka Shelley Drewry, an Individual, to Complaint to Compel Audit
Case No. C 07 5321 TEH

# XI. PRAYER

WHEREFORE, the Defendants pray that the Plaintiffs take nothing by the Complaint, that judgment be entered in favor of the Defendants for their costs, including reasonable attorney's fees, and that the Court enter other orders as appropriate.

Dated: November 21, 2007

Respectfully submitted,

/s/ David C. Johnston

David C. Johnston
Attorney for the Defendants
Land Technology, Inc., a California corporation, and Shelley Renee Shahen, aka Shelley Drewry, an individual

/////

/////

/////

/////

/////

Answer of Defendants Land Technology, Inc., a California corporation, and Shelley Renee Shahen, aka Shelley Drewry, an Individual, to Complaint to Compel Audit Case No. C 07 5321 TEH

Page 4