David C. Johnston (SBN 71367)
Attorney at Law
Gianelli & Associates
A Professional Law Corporation
1014 16th Street
P.O. Box 3212
Modesto, California 95353
Telephone: (209) 521-6260
Fax: (209) 521-5971

Attorney for Defendants
Land Technology, Inc., a California corporation,
and Shelley Renee Shahen, aka Shelley Drewry, an individual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Gil Crosthwaite and Russ Burns, etc.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Land Technology, Inc., a California corporation, *et al.,*<br><br>　　　　Defendants<br>_____/ | Case No. C 07 5321 TEH<br><br>**CERTIFICATE OF SERVICE OF ANSWER OF DEFENDANTS LAND TECHNOLOGY, INC., A CALIFORNIA CORPORATION, AND SHELLEY RENEE SHAHEN, AKA SHELLEY DREWRY, AN INDIVIDUAL, TO COMPLAINT TO COMPEL AUDIT** |

　　　　I am a citizen of the United States and am a member of the Bar of this Court. I am over the age of eighteen years and not a party to this action. My business address is 1014 16th Street, P. O. Box 3212, Modesto, California 95353.

　　　　On November 21, 2007, I served the following document:

　　　　ANSWER OF DEFENDANTS LAND TECHNOLOGY, INC., A CALIFORNIA CORPORATION, AND SHELLEY RENEE SHAHEN, AKA SHELLEY DREWRY, AN INDIVIDUAL, TO COMPLAINT TO COMPEL AUDIT

Certificate of Service of Answer, etc.
Case No. C 07 5321 TEH　　　　　　　　　Page 1

1  by placing true copies in a sealed envelope, with postage fully prepaid, in the United
2  States mail, addressed as follows:

3          Muriel B. Kaplan
        Michele R. Stafford
4          Saltzman & Johnson Law Corporation
        120 Howard Street, Suite 520
5          San Francisco, California 94105

6     I certify that the foregoing is true and correct.

7     Executed at Modesto, California on November 21, 2007.

8

                                      /s/ David C. Johnston
9  _____
                                David C. Johnston
10                                  Attorney for the Defendants Land Technology, Inc.,
                                a California corporation, and Shelley Renee Shahen,
11                                  aka Shelley Drewry, an individual

12

13

14  /////

15

16

17  /////

18

19

20  /////

21

22

23  /////

24

25

26  /////

27

Certificate of Service of Answer, etc.
Case No. C 07 5321 TEH                   Page 2