Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAND TECHNOLOGY, INC. et al.,<br><br>Defendants. | Case No.: C07-5321 TEH<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Date: February 4, 2008<br>Time: 1:30 p.m.<br>Judge: Honorable Thelton E. Henderson |

The parties hereby request continuance of the Case Management Conference currently set for February 4, 2008 at 1:30 p.m. before the Honorable Thelton E. Henderson, as follows:

1.  Plaintiffs brought this action to compel an audit of defendants' records to determine compliance with their Collective Bargaining Agreement, as to proper reporting to Plaintiff Trust Funds.

2.  Defendants thereafter scheduled the audit (as requested in the Complaint) with the Trust Funds' auditors.

3.  An audit report was recently issued and sent to Defendants, to review and respond, or pay amounts found due. Defendants did not respond or pay, but Plaintiffs are now advised that

1  Defendants may make a proposal for resolution in lieu of a Motion for Summary Judgment being
2  filed by Plaintiffs.
3     4.   The parties therefore request that the Case Management Conference be continued
4  for approximately 60 days to allow for negotiations between them to be finalized, or in the
5  alternative for Plaintiffs to bring their Motion for Summary Judgment.

Dated: January 28, 2008                          SALTZMAN AND JOHNSON
                                                 LAW CORPORATION

                                          By:    _____/s/_____

                                                 Muriel B. Kaplan
                                                 Attorneys for Plaintiffs


                                                 GIANELLI & ASSOCIATES


                                          By:    _____

                                                 David C. Johnston

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __Monday, April 14, 2008__ at __1:30 PM_____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: __01/30/08_____

United States District Court Judge

Judge Thelton E. Henderson