1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | GIL CROSTHWAITE, and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-5321 TEH

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiffs,

v.

LAND TECHNOLOGY, INC., and SHELLEY RENEE SHAHEN aka SHELLEY DREWRY,

Defendants.

21    PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL

22 CROSTHWAITE, and RUSS BURNS, in their respective capacities as Trustees of the

23 OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN

24 CALIFORNIA, et al., and defendants LAND TECHNOLOGY, INC. and SHELLEY RENEE

25 SHAHEN aka SHELLEY DREWRY, stipulate to the voluntary dismissal, with prejudice, of this

26 ///

27 ///

28

1  action. Plaintiffs have not previously filed or dismissed any similar action against defendant.

2

3  Dated:  March 25, 2008                SALTZMAN & JOHNSON LAW CORPORATION

4

5                                        By:_____/s/_____
                                             Muriel B. Kaplan
6                                            Attorneys for Plaintiffs

7

8  Dated:  March 24, 2008                GIANELLI & ASSOCIATES

9

10                                       By:_____/s/_____
                                             David C. Johnston
11                                           Attorneys for Defendants

12

13  IT IS SO ORDERED.

14  Date:_____           _____
15                                       UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C07-5321 TEH**

P:\CLIENTS\OE3CL\Land Technology\Pleadings\C07-5321 TEH - Notice and Stipulation of Voluntary Dismissal 032408.DOC