Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAND TECHNOLOGY, INC., and SHELLEY RENEE SHAHEN aka SHELLEY DREWRY,<br><br>Defendants. | Case No.:  C07-5321 TEH<br><br>**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE, and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., and defendants LAND TECHNOLOGY, INC. and SHELLEY RENEE SHAHEN aka SHELLEY DREWRY, stipulate to the voluntary dismissal, with prejudice, of this

///

///

1  action. Plaintiffs have not previously filed or dismissed any similar action against defendant.

2

3  Dated: March 25, 2008                SALTZMAN & JOHNSON LAW CORPORATION

4

5                                        By:_____/s/_____
                                              Muriel B. Kaplan
6                                             Attorneys for Plaintiffs

7

8  Dated: March 24, 2008                GIANELLI & ASSOCIATES

9

10                                       By:_____/s/_____
                                              David C. Johnston
11                                            Attorneys for Defendants

12

13  IT IS SO ORDERED.

14  Date:_____03/26/08_____       _____
                                         UNITED STATES DISTRICT COURT JUDGE
15

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]*

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C07-5321 TEH**